United States District Court
In the District of Utah

United States of America,
Respondent-Plaintiff,

v.

Caile Edward Noble
Petitioner-Defendant,

Case No.:

# Notice of Appearance

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that, as of the date below, Caile Edward Noble has appeared in this action pro se. Service of all pleadings, papers, and documents required to be served in this action should be served to Mr. Noble as follows:

Caile Noble
10278-081 (A-Unit)
FCI-Sandstone
P.O. Box 1000
Special Mail: Open in presence of inmate only

Any correspondence not from the Clerk must list the name of the attorney followed by "attorney at law" adjacent to the attorney's name on the return address for the mail room to consider it legal mail and process it accordingly.

RESPECTFULLY SUBMITTED this 29th day of June, 2026.

Caile Noble
Petitioner pro se

# Certificate of Service

I thereby certify that on this 29th day of June, 2026 I placed with staff noted below my first class, postage prepaid envelope addressed to:

**The United States District Court**
**for the District of Utah**
**351 S.W. Temple Street**
**Salt Lake City, UT 84101**

containing my **Motion to Vacate Under 28 U.S.C. § 2255** for outbound legal mail with:

[x] A.M. Legal Mail, or

[ ] Unit Mail Box because a.m. legal mail was not available to me, specifically____________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 487 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Caile Edward Noble

**Caile Edward Noble**

# Certificate of Service

I thereby certify that on this 29th day of June, 2026 I placed with staff noted below my first class, postage prepaid envelope addressed to:

United States District Court for
the District of Utah
351 Southwest Temple Street
Salt Lake City, UT, 84101

containing my Notice of Appearance
for outbound legal mail with:

☒ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me,specifically________________________________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 487 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Caile E. Noble (signature)

Caile E. Noble