CERTIFIED MAIL®

9589 0710 5270 2899 9247 09

Caile Edward Noble
10278-081 (A-Unit)
Federal Correctional Institution-Sandstone
P.O. Box 1000
Sandstone, MN 55072

LEGAL MAIL
CERTIFIED MAIL
RETURN RECEIPT
REQUESTED

The United States District Court
for the District of Utah
351 S.W. Temple St.
Salt Lake City, UT 84101

⇔10278-081⇔
United States Dist Court
For the Dist. of Utah
351 S WEST Temple
SALT LAKE CITY, UT 84101
United States