IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAILE EDWARD NOBLE,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | ORDER<br><br>Civil Case No. 2:26-CV-638 TS<br>Criminal Case No. 2:22-CR-491 TS<br>District Judge Ted Stewart |

Petitioner, Caile Edward Noble, an inmate in federal custody, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Under Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts,

IT IS HEREBY ORDERED that the Respondent respond to the Motion within sixty (60) days of this Order. Petitioner may file a reply thirty (30) days thereafter.

DATED this 28th day of July, 2026.

BY THE COURT:

Ted Stewart
United States District Judge