MELISSA HOLYOAK, United States Attorney (#9832)
BRIGGS MATHESON, Assistant United States Attorney (#18050)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Briggs.Matheson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CAILE NOBLE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:26-cv-00638-TS<br><br>NOTICE OF ENTRY OF APPEARANCE<br><br>Judge Ted Stewart |

Comes now, the United States by and through the undersigned Assistant United States Attorney and Notice is hereby given of the entry of appearance of Briggs Matheson, Assistant United States Attorney as counsel for the United States of America.

DATED this 13th day of August, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Briggs Matheson*
BRIGGS MATHESON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and a copy of the foregoing Notice of Entry of Appearance was served via U.S. Mail to all parties named below, this 13th day of August, 2026.

Caile Noble
10278-081
SANDSTONE - FCI
INMATE MAIL/PARCELS
PO BOX 1000
SANDSTONE, MN 55072

/*s/ Stephanie Reinhart*
STEPHANIE REINHART
Paralegal