MELISSA HOLYOAK, United States Attorney (#9832)
BRIGGS MATHESON, Assistant United States Attorney (#18050)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
briggs.matheson@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CAILE EDWARD NOBLE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:26-cv-00638-TS<br><br>**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S § 2255 MOTION**<br><br>Judge Ted Stewart |

*Pro se* petitioner Caile Noble is currently serving a 240-month sentence after he pled guilty to conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and conspiracy to launder money, in violation of 18 U.S.C. § 1956(h). *United States v. Noble*, Case No. 2:22-cr-491-TS, ECF 388. He seeks to vacate his sentence on the grounds that his counsel was constitutionally ineffective. *See* Case No. 2:26-cv-638, ECF 1. The United States' response to Noble's § 2255 motion is currently due September 28, 2026. *Id.*, ECF 2. This is the United States' first request to extend the deadline to file its response brief.

To assess and evaluate Noble's claims, the United States has determined that it needs the transcripts of his change-of-plea and sentencing hearings in his underlying criminal case. The United States ordered the relevant transcripts on August 18, 2026, but has not yet received them.

As a result, the government needs additional time to obtain and review the necessary transcripts and to prepare the government's response. The United States respectfully requests a 30-day extension to file its response, to Wednesday, October 28, 2026.

Noble is currently incarcerated at FCI Sandstone in Minnesota. He is projected to be released on August 2, 2039. *See* BOP Inmate Locator, https://www.bop.gov/inmateloc/. Because Noble is currently incarcerated and *pro se*, the United States is not able to ascertain his position on this motion.

Given these circumstances, the United States respectfully requests an additional 30 days to file its response brief.

DATED this 14th day of September, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/Briggs Matheson*
BRIGGS MATHESON
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on September 14, 2026, I electronically filed the foregoing UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S § 2255 MOTION using the court's CM/ECF system, and sent notification of such filing via U.S. Mail to the following:

Caile Noble
10278-081
SANDSTONE FCI
INMATE MAIL/PARCELS
PO BOX 1000
SANDSTONE, MN 55072

*/s/ Stephanie Reinhart*
STEPHANIE REINHART
Paralegal