RECEIVED
OCT 05 2026
and verified by: ______

CAILE EDWARD NOBLE
Petitioner pro se
10278-081 A Unit
FCI Sandstone
PO Box 1000
Sandstone, MN 55072
**Special Mail: Open in the Presence of Inmate ONLY**

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT - 5 2026
GARY P. SERDAR
CLERK OF COURT
BY ______
DEPUTY CLERK

United States District Court
for the District of Utah

| | |
|---|---|
| Caile Edward Noble,<br>Petitioner,<br><br>v.<br><br>United States of America,<br>Respondent. | Case No.: **2:26-cv-00638-TS** |

# Response to Government's Enlargement Motion and Petitioner's Motion for no Cost Copies

The government requested an extension of time to respond to Mr. Noble's petition under 28 U.S.C. §2255. See Sept. 14, 2026 Motion for An Extension of Time To File, ("Motion"). Specifically, a 30 day extension from September 28th until October 28th 2026, because they "determined" transcripts of Noble's change of plea and sentencing hearings were needed " to assess and evaluate Noble's claims." /Id. at 1.

Mr. Noble has no objection to the granting of the extension, but reserves the right to object to additional enlargement of time motions, in the future.

**Motion for Copies of Transcripts**

Because Mr. Noble is pro se, and without access to the internet, he requests the government be ordered to provide him copies of the transcripts, at their cost. Mr. Noble bases his request on the premise that if the transcripts are needed to further the Respondent's evaluation of the pending petition (/Id) he will need them as well.

By having the transcripts sent to Mr. Noble, parity is maintained between the parties. Ensuring that Mr. Noble has a fair opportunity to be heard on his post conviction claims.

**Relief**

Mr. Noble respectfully requests the government be ordered to provide any and all transcripts they deem needed for their response, to Mr. Noble at no cost to him.

RESPECTFULLY SUBMITTED this 29 day of September, 2026,

Caile E. Noble

Caile E. Noble,
Petitioner pro se

## Certificate of Service

I thereby certify that on this 29 day of **Sept.** , 20**26** I placed with staff noted below my first class, postage prepaid envelope addressed to:

**Clerk of Court**
**Room 1.100**
**351 South West Temple,**
**Salt Lake City, UT 84101**

containing my **Response to government's Motion for Enlargement of Time and Request for no cost copies** for outbound legal mail with:

☒ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically ______

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, **487** U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Caile E. Noble
Caile E. Noble