COMMITTED NAME: Caile Noble
REG. NO. & QTRS.: 10278-081 Unit A
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
30 SEP 2026 PM 6 L

Thinking of You
UNITED STATES OF AMERICA
FOREVER/USA

Clerk of Court
Room 1.100
U.S. District Court
for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

LEGAL MAIL

⇨10278-081⇦
U S D C For Dist Of Utah
Room 1.100
150 Frank E. Moss US Courhouse
351 South West Temple
SALT LAKE CITY, UT 84101
United States

Federal Correctional Institution
P.O. Box 1000 Sandstone, MN 55072

DATE: 9/29/26

The enclosed letter was processed through Special Handling Procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.